1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLIAM J. SCHROEDER
**KSB LITIGATION, P.S.**
510 W. Riverside Ave., Ste. 300
Spokane, WA 99201
(509) 624-8988
william.schroeder@ksblit.legal
*Attorneys For Defendant/Counterclaim Plaintiff*

JASON ELSTER
**ELSTER & MCGRADY, LLC**
3847 N. Lincoln Avenue
Second Floor
Chicago, IL 60613
(312) 515-5565
jason@elstermcgrady.com
*Pro Hac Vice Pending*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLIVET NAZARENE UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UPPER COLUMBIA MISSION SOCIETY, UPPER COLUMBIA CORPORATION OF SEVENTH DAY ADVENTISTS d/b/a UPPER COLUMBIA CONFERENCE OF SEVENTH-DAY ADVENTISTS, and ARTHUR LENZ, <br><br> Defendants. | **OLIVET NAZARENE UNIVERSITY'S COMPLAINT** |

COMPLAINT - 1

Plaintiff Olivet Nazarene University ("ONU" or "Plaintiff"), by and through its undersigned counsel, hereby makes the following statements, allegations, and claims against Defendants Upper Columbia Corporation of Seventh-day Adventists d/b/a Upper Columbia Conference of Seventh-day Adventists ("UCC"), Upper Columbia Mission Society ("UCMS"), and Arthur Lenz ("Lenz," and together with UCC, and UCMS, "Defendants"):

## PRELIMINARY STATEMENT

This is an action for infringement and cybersquatting involving ONU's incontestable federally registered trademark for SHINE (Reg. No. 4,113,384) and common law rights associated with the SHINE and SHINE.FM trademarks (collectively, the "SHINE Marks") under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114; unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and cybersquatting under 15 U.S.C. § 1125(d), all arising from the infringing use of SHINE 104.9 and SHINE FEST in distributing, marketing, advertising, and promoting radio stations, and the registration and use of the infringing domain names <shine1049.com>, <shine1049.net>, and <shine1049.org> (the "Infringing Domain Names"). Defendants' facilitation of and cooperation with Upper Columbia Media Association's ("UCMA") use of SHINE to launch a competing and confusingly similar radio station and online content streaming service and to solicit donations,

COMPLAINT - 2

**KSB LITIGATION, P.S.**
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

1
2    and Defendants' bad faith registration and use of the Infringing Domain Names
3    containing ONU's SHINE mark, each are likely to cause consumer confusion.
4    Furthermore, UCC and UCMS knowingly contributed to UCMA's infringement
5    of ONU's SHINE and SHINE.FM trademarks and received the benefit of
6    donations arising from UCMA's use of ONU's SHINE and SHINE.FM
7    trademarks. ONU seeks permanent injunctive relief; an award of profits, and
8    actual damages; and an award of statutory damages in the amount of $600,000,
9
10   among other remedies, for the Defendants' willful and unlawful conduct.
11
12                                   **PARTIES**
13        1.    Plaintiff ONU is an Illinois not-for-profit corporation with a business
14
15   address at 1 University Ave, Bourbonnais, Illinois 60914.
16        2.    Defendant UCC is a Washington not-for-profit corporation with a
17
18   business address at 3715 South Grove Rd., Spokane, Washington 99224. On
19   information and belief, Upper Columbia Corporation of Seventh Day Adventists
20   operates under the fictitious business names, Upper Columbia Conference of
21
22   Seventh Day Adventists and Upper Columbia Conference.
23        3.    Defendant UCMS is a Washington not-for-profit corporation with a
24   business address at 3715 South Grove Rd., Spokane, Washington 99224.
25
26        4.    Defendant Arthur Lenz is an individual residing at 53 Stutler Rd,
27   Spokane, WA 99224.
28

COMPLAINT - 3

5.    Non-party UCMA is a Washington not-for-profit corporation with a business address at 3715 South Grove Rd., Spokane, Washington 99224. ONU filed counterclaims against UCMA arising from UCMA's use of SHINE in related Case No. 2:23-cv-00276-SAB pending before this Court and intends to seek consolidation of the present lawsuit with Case No. 2:23-cv-00276-SAB.

## JURISDICTION AND VENUE

6.    This action arises and is brought under the Trademark Act of 1946, commonly known as the Lanham Act, 15 U.S.C. § 1051, *et seq.* and the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

7.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338, 1367, and 15 U.S.C. § 1121.

8.    This Court has personal jurisdiction over Defendants because they purposefully conduct business in the State of Washington, and within this district, including offering and promoting a radio station and radio content, registering and using domain names that incorporate an infringing trademark, and soliciting donations from Washington consumers.

9.    Venue is proper in this district under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claim occurred in this district.

COMPLAINT - 4

## FACTUAL ALLEGATIONS AND BACKGROUND

### A.    ONU's WONU Radio Station

10.    WONU is an FM radio station founded, owned, and operated by Olivet Nazarene University. WONU stands for "**W O**livet **N**azarene **U**niversity." It first broadcast on the 88.3 frequency in January 1967. Before then, WONU was available only on campus.

11.    In 1986, WONU upgraded the radio station by constructing a 421-foot tower structure on campus and a new transmitter with 35,000 watts (35kw), while moving to the 89.7 frequency.

12.    The building from which WONU broadcasts and produces its radio programming also houses a classroom designed specifically to teach radio broadcasting and programming to emerging Christian college students.

13.    In 2000, WONU began branding itself as SHINE radio. Plaintiff chose the mark SHINE because it was looking for a brand name that was evangelical in nature. Many stations at the time were using "Light," so Plaintiff wanted a brand that communicated the same idea without using an already overused industry term.

14.    Today, ONU is one of the top Christian music networks in the country, broadcasting 24/7 on air and on the Internet. Consumers around the world and in all 50 Unites States may access ONU on its website, https://www.shine.fm/.

15.    ONU's mission is to build relationships that influence people for

COMPLAINT - 5

Christ. Its vision is to create personal connections using music and experiences, and its purpose is transformation through collaboration.

16.    Consistent with its mission, vision, and purpose, ONU collaborates with listeners, donors, businesses, ministries, the community, and the Christian music industry to help people transform their lives in a positive way.

17.    ONU solicits donations from residents in each of the 50 United States, including from Washington and Idaho residents.

### B.    ONU's SHINE Marks

18.    ONU is the owner of valid and subsisting U.S. Trademark Registration No. 4,113,384, registered on the Principal Register in the United States Patent and Trademark Office, for the mark SHINE, which has become incontestable within the meaning of Section 15 of the Lanham Act, 15 U.S.C. § 1065. Attached as **Exhibit A** is a true and correct copy of the registration certificate for ONU's United States Trademark Registration No. 4,113,384, which was issued by the United States Patent and Trademark Office on March 20, 2012, and has a priority date of at least as early as April 16, 2008.

19.    U.S. Trademark Registration No. 4,113,384 for SHINE covers the following services:

> Class 41: Education and entertainment services, namely, production
> and distribution of radio programs for others.

COMPLAINT - 6

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

20. ONU has used its SHINE mark in commerce continuously since at least as early as 2000 for the services for which it is registered. Attached hereto as **Exhibit B** are representative samples showing ONU's use of the SHINE mark for the registered services.

21. ONU expanded its terrestrial reach by acquiring the SHINE 99 broadcasting network along with a corresponding trademark application from Kaspar Broadcasting Co., Inc., Serial No. 90767273, covering "Radio broadcasting; Internet radio broadcasting services" along with all of the goodwill and common law rights associated with SHINE 99, which was first used in April 1982 and has been used continuously and without interruption through the date of this filing.

22. In addition to its trademark registration and application, ONU is the owner of the common law rights of a family of SHINE formative marks through acquisition and its continuous use in interstate commerce with the aforementioned services, including but not limited to, publications, printed materials, podcasts, radio programs, and seminars, concerts, festivals, and similar services related to music and Christian radio programs. ONU has used the SHINE Marks in commerce continuously since at least as early as April 9, 1982, for Christian music and radio program services. Because of its widespread, continuous, and exclusive use of the SHINE Marks to identify its services, ONU owns valid and subsisting federal

COMPLAINT - 7

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

statutory and common law rights in the SHINE Marks.

23.    ONU's SHINE Marks are distinctive to both the consuming public and ONU's trade.

24.    ONU expended substantial time, money, and resources marketing, advertising, and promoting its services offered under the SHINE Marks. ONU has advertised its services on local, national, and international news outlets. In addition, ONU has advertised and promoted its services offered under the SHINE Marks through websites, social media, mobile apps, podcasting, concerts, billboards, and video, many of which are accessible globally, including in Illinois, Indiana, Michigan, Washington, and Idaho.

25.    The SHINE Marks and the services offered under them have also received significant unsolicited coverage in various media, including local newspapers, and television. And within the Christian Music Broadcasting industry, ONU is known for its SHINE Marks.

26.    ONU offers its services under the SHINE Marks to all ages and genders seeking music and Christian radio programming.

27.    Because of ONU's considerable research, expenditures, and efforts, the SHINE Marks have come to signify the high quality and value of the services designated by the SHINE Marks, and acquired incalculable distinction, reputation, and goodwill belonging exclusively to ONU. As of June 2023, more than 325,000

COMPLAINT - 8

consumers listen to ONU on terrestrial signals, and approximately 855,000 consumers listen to ONU through online streaming on a regular basis, including online listeners in Washington and Idaho.

28.    Over the last 10 years, ONU's listenership has grown exponentially with additional FM signals in Northwest and North Central Indiana, including Indianapolis, and Lansing, Michigan; online expansion through new mobile apps; and home listening devices like Amazon Alexa and Google Home, including online listeners residing in Washington and Idaho.

**C.    Infringing SHINE 104.9 and SHINE FEST Marks**

29.    SHINE 104.9 is the broadcast ministry of UCMA. According to multiple streaming websites where UCMA makes its radio station available to the public, including Illinois, Indiana, and Michigan residents, UCMA's mission is to communicate Biblical truths in a culturally relevant manner that lead people to pursue a relationship with Jesus Christ—nearly identical to ONU's mission.

30.    UCMA uses the infringing SHINE 104.9 and SHINE FEST marks to identify its Christian music and radio programming services and to promote musical and fundraising events.

31.    ONU recently became aware of UCMA's use of the infringing SHINE 104.9 and SHINE FEST marks.

32.    UCMA operates in the same industry as ONU and provides nearly

COMPLAINT - 9

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

identical services, including music and Christian radio programming that are similar in nature to ONU's Christian music and radio programming.

33.    UCMA offers its Christian music and radio programming on five terrestrial frequencies in Washington and Idaho: 104.9 FM in Spokane, Washington; 89.7 FM in West Clarkston, Washington; 88.1 FM in Clarkston, Washington; 94.9 FM in Coeur D'Alene, Idaho; and 91.7 FM in Sandpoint, Idaho. On information and belief, UCMA began offering its music and Christian radio programming on those frequencies after ONU obtained registration for its SHINE mark and had begun using SHINE for its radio broadcasts and related services.

34.    UCMA broadcasts its radio program on KEEH.

35.    On information and belief, UCMA first began using the infringing SHINE 104.9 mark on March 1, 2016, for the listed services, and it first began using the infringing SHINE FEST mark on June 1, 2017, for the listed services.

36.    On information and belief, the services UCMA provides under the infringing SHINE 104.9 and SHINE FEST marks are music and Christian radio programs that are highly similar to and directly compete with the services offered under ONU's SHINE Marks. Evidence of UCMA's infringing radio programming services bearing the infringing SHINE 104.9 and SHINE FEST marks is hereto attached as **Exhibit C**.

37.    UCMA's infringing SHINE 104.9 and SHINE FEST programs are

COMPLAINT - 10

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

very similar to ONU's services provided by ONU under the SHINE Marks, all relating to Christian music and Christian radio programming. For example, ONU's services and UCMA's radio programs and services both cover Christian music and Christian radio programming.

38.    In addition, both ONU and UCMA promote apps available for download in the Apple App Store and the Google Play Marketplace. Evidence of UCMA's app offering is attached hereto as **Exhibit D**.

39.    On information and belief, UCMA broadcasts pre-recorded and live Christian music and Christian radio programming during events marketed under the SHINE FEST mark.

40.    UCMA provides its services under the infringing SHINE 104.9 and SHINE FEST marks through the same channels of trade that ONU offers its services under the SHINE Marks, including online, radio, mobile app, and social media trade channels.

41.    Indeed, UCMA refers to itself as SHINE 104.9 on its live-stream music and Christian radio programming, which is available on the Internet through at least the following live stream websites:

- https://shine1049.org/;

- https://onlineradiobox.com/us/shine1049/;

- https://www.fmradiofree.com/keeh-shine-1049-fm;

COMPLAINT - 11

- https://www.radio.net/s/keeh-shine-1049-fm;  and

- https://tunein.com/radio/Shine-1049-s32437/.

42.    On information and belief, UCMA provides its services under the infringing SHINE 104.9 and SHINE FEST marks to the same consumers to whom the services are offered under ONU's SHINE Marks.

43.    UCMA, UCC, and UCMS each use the infringing SHINE 104.9 and SHINE FEST marks to solicit donations from radio consumers, the same consumers who listen to ONU's radio programming and who are familiar with its SHINE Marks.

44.    The infringing SHINE 104.9 and SHINE FEST marks are substantially identical and confusingly similar to ONU's SHINE Marks, as the two are highly similar in sight, sound, and meaning. The SHINE 104.9 mark contains the generic term "104.9," and the SHINE FEST mark contains the generic term "fest."

45.    In Registration No. 6045426, UCMA disclaimed the element, "104.9."

46.    In Registration No. 6045559, UCMA disclaimed the element "fest."

47.    ONU's prior mark SHINE, and UCMA's junior marks that disclaim "104.9" and "fest," respectively, have the same, singular, dominant element, SHINE.

48.    In addition to Registration Nos. 6045426 and 6045559, UCMA uses

COMPLAINT - 12

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

both SHINE 104.9 and SHINE FEST in plan block texts. *See* Screenshots of infringing domain name <shine1049.org>, true and correct copies of which are attached hereto as **Exhibit E**.

49.   Because UCMA's infringing SHINE 104.9 and SHINE FEST marks and ONU's SHINE Marks are used for competing services, the marks are so similar that consumer confusion is likely.

50.   Registration of Registration Nos. 6045426 and 6045559 by the United States Patent and Trademark Office was clear error.

51.   On information and belief, Registration Nos. 6045426 and 6045559 were issued in error based in part on UCMA's false representations that it was unaware of any similar or confusingly similar marks when it filed the applications that matured into Registration Nos. 6045426 and 6045559, which were knowingly false statements based on UCMA's actual or constructive knowledge of ONU's preexisting, federally registered SHINE trademark.

52.   UCMA, with the help of Defendants, is substantially encroaching on ONU's business as UCMA's radio programs and services provided under the infringing SHINE 104.9 and SHINE FEST marks, which directly compete with ONU's services offered under the SHINE Marks.

53.   Defendants' infringing acts as alleged herein have caused and are likely to cause confusion, mistake, and deception among the relevant consuming

COMPLAINT - 13

public as to the source of origin of UCMA's radio programs and domain name

content and have and are likely to deceive the relevant consuming public into

mistakenly believing that UCMA's radio programs and domain names originate

from, are associated or affiliated with, or are otherwise authorized by ONU.

54.    In fact, UCMA's use of SHINE 104.9 and SHINE FEST have caused

actual confusion. To wit, ONU received donations from radio broadcast listeners

who were confused as to the source and origin of UCMA's and ONU's services

and believed they were donating to UCMA when in fact they had donated to

ONU.[1]

55.    UCMA was aware of the actual confusion.

56.    On information and belief, Defendants were aware of instances of

actual confusion.

57.    Listener confusion is compounded by UCMA offering identical

programming as that offered by ONU via its radio network, including the popular

Brant Hansen Show,[2] in an apparent attempt to create as much confusion as

possible between itself of and ONU by mimicking ONU's broadcast offering.

58.    UCMA's and Defendants' infringing acts as alleged herein have

therefore likely caused and are likely to cause future irreparable harm to the

___

[1] All such misdirected donations were reversed.
[2] ONU was one of the first radio stations to broadcast the Brant Hansen Show.

COMPLAINT - 14

relevant consuming public. Specifically, given the devoted and significant consumer following around ONU's SHINE Marks, consumers of UCMA's infringing services are being misled and deceived into putting trust in infringing services to guide their spiritual transformation through music.

59.   On information and belief, UCMA's and Defendants' use of the infringing SHINE 104.9 and SHINE FEST marks trades off the goodwill accumulated by ONU's SHINE Marks, is causing confusion and deception in the marketplace, and is diverting potential listeners and donors to UCMA and Defendants.

**D.   Registration and Use of the Infringing Domain Names**

60.   On or about August 2, 2016, Lenz and UCC registered the <shine1049.org>, <shine1049.com>, and <shine1049.net> domain names. *See* Reverse WhoIs Records for each of the Infringing Domain Names, collectively attached hereto as **Exhibit F**.

61.   On information and belief, Lenz and UCC registered each of the Infringing Domain Names with a bad faith intent to profit from ONU's SHINE Marks.

62.   UCC, UCMA, and Lenz each used each of the Infringing Domain Names in commerce since they were registered in 2016 to infringe ONU's SHINE Marks.

COMPLAINT - 15

63.    On information and belief, UCC, UCMA, and Lenz intentionally use a privacy proxy service to hide the identity(ies) of the current registrants of the Infringing Domain Names.

64.    On information and belief, UCC, UCMA, and/or Lenz are the current registrants of the Infringing Domain Names.

65.    The Infringing Domain Names incorporate the infringing SHINE 104.9 mark and ONU's SHINE mark.

66.    The Infringing Domain Names are identical or confusingly similar to the SHINE Marks, which were distinctive at the time the Infringing Domain Names were registered.

67.    On information and belief, UCC, UCMA, and Lenz were aware of ONU's rights in the SHINE Marks when they selected, registered, and began using the Infringing Domain Names, and UCC and Lenz knowingly and intentionally registered the Infringing Domain Names because of their similarity to the SHINE Marks.

68.    UCC, UCMA and Lenz have no legitimate rights in or to any trademark or name that is similar to the Infringing Domain Names.

69.    Without ONU's authorization and, on information and belief, beginning after ONU acquired protectable exclusive rights in the SHINE Marks, UCMA posted live websites accessible through the Infringing Domain Names (the

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

"Infringing Websites"). The Infringing Websites remain active as of the filing.

70.    The Infringing Websites consist of, among other things, (1) a live-streaming service of UCMA's music and Christian radio programming available throughout the world and within all 50 United States; (2) information about artists, concerts, the community, and UCMA's ministry; and (3) a donation page seeking financial support from donors. *See* Exhibit E for true and correct screenshots of the Infringing Websites as of August 14, 2023.

71.    For example, on the "Support" page of the Infringing Websites, consumers can support UCMA through payment by credit or debit card, or by electronic fund transfer.

72.    Importantly, the Support page specifically solicits donations from listeners in every state, including the states where ONU solicits and receives listener donations.

73.    On information and belief, UCMA and Defendants used the Infringing Domain Names, which are confusingly similar to ONU's SHINE Marks, to divert internet users looking for ONU's website to the Infringing Websites.

74.    On information and belief, UCMA and Defendants used the Infringing Domain Names with bad faith intent to benefit financially by seeking donations from listeners and donors.

75.    Because the Infringing Domain Names are confusingly similar to the

COMPLAINT - 17

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

SHINE Marks, and the Infringing Websites provide services that are identical and related to ONU's services under the SHINE Marks, consumers are likely to be confused into thinking that ONU authorized, approved, or is affiliated or connected with the Infringing Websites and the services offered on the sites, when that is not the case.

76.    UCMA's and Defendants' acts alleged herein trade on the goodwill of ONU's SHINE Marks, cause confusion and deception online and in the marketplace, divert internet users looking for ONU's website or ONU's services under the SHINE Marks to the Infringing Websites, and divert potential donations to UCMA and UCMS.

### E.    ONU's Cease-and-Desist Efforts

77.    ONU's counsel has tried without success to resolve this matter. On April 11, 2023, ONU's counsel sent a cease-and-desist letter to UCMA's counsel, objecting to the use of the confusingly similar and infringing SHINE 104.9 and SHINE FEST marks and advising that such use was an infringement of ONU's prior rights in the SHINE Marks.

78.    ONU never received a response to its April 11 cease-and-desist letter.

79.    In April 2023, ONU filed a Petition for Cancellation with the Trademark Trial and Appeal Board, seeking cancellation of the SHINE 104.9 and SHINE FEST registrations.

COMPLAINT - 18

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

80.    On July 5, 2023, counsel for ONU and counsel for UCMA discussed ONU's pending Petition for Cancellation, and the parties were unable to resolve their dispute. During that conversation, counsel for ONU informed counsel for UCMA that ONU was aware of instances of actual consumer confusion. Also during that conversation, counsel for UCMA informed counsel for ONU that UCMA was operating under the umbrella of UCC and that UCC would support any legal action involving UCMA and the SHINE Marks.

81.    On information and belief, UCMA informed UCC and UCMS of ONU's cease and desist demands, as well as the instances of actual confusion conveyed by ONU.

82.    On August 16, 2023, counsel for ONU informed counsel for UCMA that coexistence would not be possible, and that ONU would be happy to work with UCMA on a reasonable schedule to accomplish its rebranding.

83.    UCMA responded to ONU's August 16, 2023, demand that it cease and desist use of its SHINE Marks by filing the present lawsuit.

84.    UCC's, UCMS's, and UCMA's failure to cease use of the SHINE 104.9 and SHINE FEST marks demonstrate that their conduct is willful, and that UCMA and Defendants are not willing to cease use of the SHINE 104.9 and SHINE FEST marks, and as such, would continue willfully infringing on ONU's rights.

COMPLAINT - 19

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

85.    UCMA's and Defendants' acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to ONU and to its valuable reputation and goodwill with the consuming public for which ONU has no adequate remedy at law.

## CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
### Cybersquatting 15 U.S.C. § 1125(d)
### (Against UCC and Lenz)

86.    ONU repeats and realleges the preceding paragraphs as if fully set forth herein.

87.    ONU owns all rights in and to the SHINE Marks, which are strong and distinctive, and were strong and distinctive as of the date that UCC and Lenz registered the Infringing Domain Names and when UCMA began using the Infringing Domain Names.

88.    UCC and Lenz registered the Infringing Domain Names, which are confusingly similar to ONU's SHINE Marks.

89.    UCMA used the Infringing Domain Names, which are confusingly similar to ONU's SHINE Marks.

90.    UCC, UCMA, and Lenz registered and used the Infringing Domain Names with an intent to profit from their confusing similarity to ONU's SHINE Marks.

COMPLAINT - 20

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

91. Among other things, on information and belief:

    a. UCC and Lenz registered the Infringing Domain Names, despite knowing that Defendants had no rights in any name or mark containing SHINE and was not known by any name that was referenced or reflected in the Infringing Domain Names;

    b. UCC, UCMA, and Lenz made no bona fide, non-infringing, commercial use or fair non-commercial use of the Infringing Domain Names; and

    c. UCC, UCMA, and Lenz intended to divert consumers and donors looking for ONU's services online to the Infringing Websites by exploiting the confusing similarity of the Infringing Domain Names and the SHINE Marks for their commercial gain.

92. UCC's, UCMA's, and Lenz's conduct is directly and proximately causing substantial, immediate, and irreparable harm and injury to ONU, and to its goodwill and reputation, and will continue to damage ONU unless enjoined by this court.

93. ONU has no adequate remedy at law.

94. ONU is entitled to injunctive relief pursuant to 15 U.S.C. §§ 1116 and 1125(d)(1)(C), including, among other injunctive relief, transfer, or cancellation of the registration of the Infringing Domain Names.

COMPLAINT - 21

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

95.   ONU is further entitled to recover its damages and both Defendants' and UCMA's profits, enhanced as the court deems appropriate and equitable, in amounts to be proven at trial, pursuant to 15 U.S.C. § 1117(a). Alternatively, ONU is entitled to maximum statutory damages of $100,000 for each of the Infringing Domain Names pursuant to 15 U.S.C. § 1117(d). ONU is therefore entitled to statutory damages of $600,000, as follows: $300,000 for UCC's registration of each of the three Infringing Domain Names; and $300,000 for Lenz's registration of each of the three Infringing Domain Names.

96.   ONU is further entitled to recover its attorneys' fees and costs, together with prejudgment and post-judgment interest.

## SECOND CLAIM FOR RELIEF
### Contributory Infringement
### (Against UCC and UCMS)

97.   ONU repeats and realleges the preceding paragraphs as if fully set forth herein.

98.   UCMA infringed ONU's SHINE Marks.

99.   UCC and UCMS intentionally induced UCMA to infringe ONU's SHINE Marks and also intentionally contributed to UCMA's infringement of ONU's SHINE Marks.

100.   At all times relevant, UCC and UCMS knew or had reason to know of ONU's rights in and to the SHINE Marks.

COMPLAINT - 22

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

101. Despite this knowledge, UCC and UCMS directed or otherwise induced UCMA to infringe on ONU's rights to the SHINE Marks by using SHINE 104.9, SHINE FEST, and the Infringing Domain Names for the same goods and services as covered by ONU's SHINE Marks.

102. Alternatively, on information and belief, UCC and UCMS each had the subjective belief that UCMA was infringing ONU's SHINE Marks and each took deliberate actions to avoid learning about the infringement.

103. UCC and UCMS directly and/or indirectly benefited from UCMA's infringement: on information and belief, UCC and/or UCMS received donations from consumers along with other benefits arising from UCMA's use of the SHINE Marks.

104. ONU has suffered irreparable harm as a result of UCC's and UCMS's conduct, and ONU has no adequate remedy at law.

105. As a result of UCC's and UCMS's conduct, ONU has been harmed in an amount to be determined at trial.

## JURY DEMAND

ONU hereby demands a jury trial on all matters and issues triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Olivet Nazarene University respectfully requests that this Court enter a Judgment and Order in its favor and against Defendants as

COMPLAINT - 23

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

follows:

A.    That UCC and UCMS induced UCMA to infringe and/or contributed to UCMA's infringement of ONU's SHINE Marks and are liable for contributory infringement of ONU's SHINE Marks.

B.    Granting an injunction permanently enjoining UCC and UCMS, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the Court's order by personal service, or otherwise, from:

a.    engaging in any activity that contributes to the infringement of ONU's SHINE Marks; and

b.    aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraph (a).

C.    Granting such other and further relief as the Court may deem proper to prevent the public from deriving the false impression that any goods or services manufactured, sold, distributed, licensed, marketed, advertised, promoted, or otherwise offered or circulated by UCMA are in any way approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with ONU or constitute or are connected with ONU's services.

COMPLAINT - 24

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

D.    Directing Defendants to immediately cease all display, distribution, promotion, sale, offer for sale and/or use of any and all materials that feature or bear any designation or mark comprising of or incorporating SHINE or SHINE.FM as branding on the radio or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of the SHINE Marks, and to immediately remove them from public access and view.

E.    Awarding ONU an amount up to three times the amount of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)).

F.    Awarding ONU $600,000 in statutory damages in accordance with Section 43(d) of the Lanham Act (15 U.S.C. § 1117(d)).

G.    Directing that UCC and Lenz transfer to ONU the Infringing Domain Names.

H.    Directing that Defendants account to and pay over to ONU all profits realized by their and UCMA's wrongful acts in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)), enhanced as appropriate to compensate ONU for the damages caused thereby.

I.    Awarding ONU punitive and exemplary damages as the Court finds appropriate to deter any future willful infringement.

J.    Declaring that this is an exceptional case pursuant to Section 35(a) of

COMPLAINT - 25

KSB LITIGATION, P.S.
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

the Lanham Act and awarding ONU its costs and reasonable attorney's fees thereunder (15 U.S.C. § 1117(a)).

K.     Awarding ONU interest, including prejudgment and post-judgment interest, on the foregoing sums.

L.     Awarding such other and further relief as the Court deems just and proper.

Submitted this 28th day of November, 2023,

**KSB LITIGATION, P.S.**

By: *s/ William J. Schroeder*
William J. Schroeder, WSBA #7942
510 West Riverside Ave., Ste. 300
Spokane, WA 99201
william.schroeder@ksblit.legal
*Attorneys for Defendant*

JASON ELSTER
**ELSTER & MCGRADY LLC**
Second Floor
3847 N. Lincoln Avenue
Chicago, IL 60613
(312) 515-5565
jason@elstermcgrady.com
*Pro Hac Vice Pending*

COMPLAINT - 26

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

[NONE]

By: *s/ William J. Schroeder*
    William J. Schroeder, WSBA #7942
    510 West Riverside Ave., Ste. 300
    Spokane, WA 99201
    P (509) 624-8988
    william.schroeder@ksblit.legal
    *Attorneys for Defendant*

COMPLAINT - 27

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

1

## Exhibit A

# United States of America

### United States Patent and Trademark Office

# SHINE

**Reg. No. 4,113,384**
**Registered Mar. 20, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

OLIVET NAZARENE UNIVERSITY (ILLINOIS NON-PROFIT CORPORATION)
1 UNIVERSITY AVE., PO 592
BOURBONNAIS, IL 60140

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND
DISTRIBUTION OF RADIO PROGRAMS FOR OTHERS, IN CLASS 41 (U.S. CLS. 100, 101
AND 107)

FIRST USE 3-2-2000; IN COMMERCE 3-2-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-449,407, FILED 4-16-2008.

GENE MACIOL, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

COMPLAINT - 28

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

# **Exhibit B**
(Last accessed August 14, 2023))





COMPLAINT - 29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





COMPLAINT - 30









COMPLAINT - 31

1
2
3
4
5
6
7
8
9
10
11



12
13
14
15
16
17
18
19
20
21
22
23
24



25
26
27
28

COMPLAINT - 32

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28







COMPLAINT - 33

# Exhibit C

(Last accessed August 14, 2023)





**KSB LITIGATION, P.S.**
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

# **Exhibit D**

(Last accessed August 14, 2023)





COMPLAINT - 35

# Exhibit E

(Last accessed November 7, 2023)



1
2

## Exhibit E Continued
(Last accessed August 14, 2023)

3
4
5
6
7
8
9
10
11



12
13
14
15
16
17
18
19
20
21
22



23
24
25
26
27
28

COMPLAINT - 37

**KSB LITIGATION, P.S.**
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988





*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23



24
25
26
27
28

COMPLAINT - 39

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23
24



25
26
27
28

COMPLAINT - 40

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23



24
25
26
27
28

COMPLAINT - 41

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16
17
18
19
20
21
22
23
24



25
26
27
28

COMPLAINT - 42

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **Exhibit F**

See attached

COMPLAINT - 43

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988



# Time Travel Whois Lookup

| Domain | Phone | Email | Name | Company | Keyword |
|---|---|---|---|---|---|

shine1049.org                                                           Search

# '2' Whois Records found for the Domain 'shine1049.org'

↓ Download

☀ shine1049.org updated on : 2017-10-05 08:32:32

Formatted    XML    JSON    Plain Text

### DOMAIN INFORMATION

**Domain Name:**
shine1049.org

**TLD:**
.ORG ⑦

**Domain Registrar Id:**
48

**Domain Registrar Name:**
eNom Inc. ⑦

**Domain Registrar Url:**
http://www.enom.com

**Create Date:**
2016-08-02

**Updated Date:**
2017-03-11

**Expiry Date:**
2018-08-02

shine1049.org Reverse Whois Lookup | WhoisDataCenter.com

**Query Time:**
2017-10-05 08:32:32


## REGISTRANT CONTACT

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
SPOKANE

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States ⑦

**Email:**
artl@uccsda.org

**Phone:**
+1.5098382761

**Fax:**
+1.5098384882


## ADMINISTRATIVE CONTACT

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
SPOKANE

**State:**
WA

**Zip Code:**
99224-6090

**Country:**

United States

**Email:**
artl@uccsda.org

**Phone:**
+1.5098382761

**Fax:**
+1.5098384882


**TECHNICAL CONTACT**

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
WA

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States

**Email:**
artl@uccsda.org

**Phone:**
+1.5098382761

**Fax:**
+1.5098384882


**BILLING CONTACT**

**Name:**

**Company:**

**Address:**

**City:**

**State:**

**Zip Code:**

**Country:**

shine1049.org Reverse Whois Lookup | WhoisDataCenter.com

**Email:**

**Phone:**

**Fax:**


**NAME SERVERS**

**Name Server 1:**
ns1.uccsda.org

**Name Server 2:**
ns2.uccsda.org

**Name Server 3:**

**Name Server 4:**


**DOMAIN STATUS**

**Domain Status 1:**
OK

**Domain Status 2:**

**Domain Status 3:**

**Domain Status 4:**


 shine1049.org updated on : 2016-08-06 14:18:08                                                    ⌄


WHOIS DATA CENTER

WhoisDataCenter.com has been ranked #1 in Domain Data Provider since the year 2017. We provide the "Newly Registered Domains List" for domains to businesses, individuals, non-profit organizations, and others.

## Domain Feed

Newly Registered Database

Expiring Domains Database

Expired Domains Database

Free Domains Download

Domains by Create Date

shine1049.org Reverse Whois Lookup | WhoisDataCenter.com

Domains by Update Date

Domains by Status

## Domain Database

Complete Whois Database

Whois Database By Years

Domains by Countries

Domains by TLDs

Domains by Registrars

## Useful Links

API Docs

Changelog

Terms of services

Privacy Policy

List of all TLDs

Career

Support

Support    Changelog    Terms of services    Privacy Policy    List of all TLDs    Career    API Docs

2011 - 2023 © whoisdatacenter.com

Reverse whois lookup of UPPER-COLUMBIA-CONFERENCE | WhoisDataCenter.com

WHOIS DATA CENTER

# Time Travel Whois Lookup

| Domain | Phone | Email | Name | Company | Keyword |
|--------|-------|-------|------|---------|---------|

UPPER COLUMBIA CONFERENCE                                    Search

# '73' Whois Records found for the Company 'UPPER COLUMBIA CONFERENCE'

⬇ Download

🌐 friendsofhaydenlake.com updated on : 2016-08-24 23:53:51                              ⌄

🌐 fit4him.com updated on : 2016-08-24 10:28:15                                          ⌄

🌐 christianhitcountdown.com updated on : 2016-08-09 21:13:04                            ⌄

☀ shine1049.org updated on : 2016-08-06 14:18:08                                        ⌄

🌐 shine1049.net updated on : 2016-08-06 14:17:53

Formatted    XML    JSON    Plain Text

### DOMAIN INFORMATION

**Domain Name:**
shine1049.net

**TLD:**

**Domain Registrar Name:**
⑦

**Domain Registrar Url:**

**Create Date:**
2016-08-02

**Updated Date:**
2016-08-02

**Expiry Date:**
2018-08-02

**Query Time:**
2016-08-06 14:17:53

## REGISTRANT CONTACT

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
SPOKANE

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States ⑦

**Email:**
artl@uccsda.org

**Phone:**
15098382761

**Fax:**
15098384882

## ADMINISTRATIVE CONTACT

**Name:**
ARTHUR LENZ

**Address:**
3715 S. GROVE RD

**City:**
SPOKANE

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States

**Email:**
artl@uccsda.org

**Phone:**
15098382761

**Fax:**
15098384882


**TECHNICAL CONTACT**

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
WA

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States

**Email:**
artl@uccsda.org

**Phone:**
15098382761

**Fax:**
15098384882

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
SPOKANE

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States

**Email:**
artl@uccsda.org

**Phone:**
15098382761

**Fax:**
15098384882


## NAME SERVERS

**Name Server 1:**
dns1.name-services.com

**Name Server 2:**
dns2.name-services.com

**Name Server 3:**
dns3.name-services.com

**Name Server 4:**
dns4.name-services.com


## DOMAIN STATUS

**Domain Status 1:**
OK

**Domain Status 2:**

**Domain Status 3:**

**Domain Status 4:**

9/28/23, 3:47 PM                    Reverse whois lookup of UPPER-COLUMBIA-CONFERENCE | WhoisDataCenter.com

WHOIS DATA CENTER

🌐  shine1049.com updated on : 2016-08-06 14:16:45                          ⌄

🌐  shine1049.net updated on : 2016-08-02 19:47:24                          ⌄

🌐  shine1049.com updated on : 2016-08-02 18:37:11                          ⌄

🌐  amerinetics.com updated on : 2016-07-25 21:42:02                        ⌄

🌐  accountingnavigator.com updated on : 2016-07-23 17:01:50                ⌄

Showing 1 to 10       3 entries
First    «      7

WHOIS DATA CENTER

WhoisDataCenter.com has been ranked #1 in Domain Data Provider since the year 2017. We provide the "Newly Registered Domains List" for domains to businesses, individuals, non-profit organizations, and others.

## Domain Feed

Newly Registered Database

Expiring Domains Database

Expired Domains Database

Free Domains Download

Domains by Create Date

Domains by Update Date

Domains by Status

## Domain Database

Complete Whois Database

Whois Database By Years

Domains by Countries

WHOIS DATA CENTER

## Useful Links

API Docs

Changelog

Terms of services

Privacy Policy

List of all TLDs

Career

Support

---

Support     Changelog     Terms of services     Privacy Policy     List of all TLDs     Career     API Docs

2011 - 2023 © whoisdatacenter.com

WHOIS DATA CENTER

# Time Travel Whois Lookup

| Domain | Phone | Email | Name | Company | Keyword |
|--------|-------|-------|------|---------|---------|

UPPER COLUMBIA CONFERENCE                                                    Search

# '73' Whois Records found for the Company 'UPPER COLUMBIA CONFERENCE'

⤓ Download

🌐 friendsofhaydenlake.com updated on : 2016-08-24 23:53:51                    ⌄

🌐 fit4him.com updated on : 2016-08-24 10:28:15                                ⌄

🌐 christianhitcountdown.com updated on : 2016-08-09 21:13:04                   ⌄

☀ shine1049.org updated on : 2016-08-06 14:18:08                              ⌄

🌐 shine1049.net updated on : 2016-08-06 14:17:53                              ⌄

🌐 shine1049.com updated on : 2016-08-06 14:16:45

Formatted        XML        JSON        Plain Text

## DOMAIN INFORMATION

WHOIS DATA CENTER

TLD:
.COM ⑦

**Domain Registrar Id:**

**Domain Registrar Name:**
⑦

**Domain Registrar Url:**

**Create Date:**
2016-08-02

**Updated Date:**
2016-08-02

**Expiry Date:**
2018-08-02

**Query Time:**
2016-08-06 14:16:45


**REGISTRANT CONTACT**

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
SPOKANE

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States ⑦

**Email:**
artl@uccsda.org

**Phone:**
15098382761

**Fax:**
15098384882

WHOIS DATA CENTER

ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
SPOKANE

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States

**Email:**
artl@uccsda.org

**Phone:**
15098382761

**Fax:**
15098384882


**TECHNICAL CONTACT**

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
WA

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States

**Email:**
artl@uccsda.org

**Phone:**

Reverse whois lookup of UPPER-COLUMBIA-CONFERENCE | WhoisDataCenter.com

WHOIS DATA CENTER

15098384882

## BILLING CONTACT

**Name:**
ARTHUR LENZ

**Company:**
UPPER COLUMBIA CONFERENCE

**Address:**
3715 S. GROVE RD

**City:**
SPOKANE

**State:**
WA

**Zip Code:**
99224-6090

**Country:**
United States

**Email:**
artl@uccsda.org

**Phone:**
15098382761

**Fax:**
15098384882

## NAME SERVERS

**Name Server 1:**
dns1.name-services.com

**Name Server 2:**
dns2.name-services.com

**Name Server 3:**
dns3.name-services.com

**Name Server 4:**
dns4.name-services.com

## DOMAIN STATUS

**Domain Status 1:**



**Domain Status 3:**

**Domain Status 4:**

shine1049.net updated on : 2016-08-02 19:47:24

shine1049.com updated on : 2016-08-02 18:37:11

amerinetics.com updated on : 2016-07-25 21:42:02

accountingnavigator.com updated on : 2016-07-23 17:01:50

Showing 1 to 10 of 73 entries
First    «    7

# WHOIS DATA CENTER

WhoisDataCenter.com has been ranked #1 in Domain Data Provider since the year 2017. We provide the "Newly Registered Domains List" for domains to businesses, individuals, non-profit organizations, and others.

## Domain Feed

Newly Registered Database

Expiring Domains Database

Expired Domains Database

Free Domains Download

Domains by Create Date

Domains by Update Date

Domains by Status

## Domain Database

Complete Whois Database

WHOIS DATA CENTER

Domains by TLDs

Domains by Registrars

## Useful Links

API Docs

Changelog

Terms of services

Privacy Policy

List of all TLDs

Career

Support

---

Support      Changelog      Terms of services      Privacy Policy      List of all TLDs      Career      API Docs

2011 - 2023 © whoisdatacenter.com