AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

| | |
|---|---|
| Olivet Nazarene University <br><br> *Plaintiff(s)* <br> v. <br><br> Upper Columbia Mission Society, Upper Columbia Corporation of Seventh Day Adventists d/b/a Upper Columbia Conference of Seventh-Day Adventists, and Arther Lenz <br> *Defendant(s)* | Civil Action No. 2:23-cv-00345-SAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Upper Columbia Corporation of Seventh Day Adventists
    d/b/a Upper Columbia Conferenec of Secenth-Day Adventists
    3715 South Grove Rd
    Spokane, WA 99224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    William J. Schroeder
    KSB Litigation, PS
    510 W. Riverside Ave., #300
    Spokane, WA 99201
    509-624-8988

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Nov 28, 2023, 4:13 pm
Date

SEAN F. McAVOY, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00345-SAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date _____

Server's signature _____

Printed name and title _____

Server's address _____

Additional information regarding attempted service, etc:

Print    Save As...    Reset