FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UPPER COLUMBIA MEDIA ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>OLIVET NAZARENE UNIVERSITY,<br><br>    Defendant. | No. 2:23-CV-00276-SAB;<br>2:23-CV-00345-SAB<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE** |

Before the Court is Defendant/Counterclaim Plaintiff's Motion to Consolidate, ECF No. 28. Plaintiff is represented by Bassam N. Ibrahim, Bryce J. Maynard, Scott L. Smith, and Reid Johnson. Defendant is represented by Jason Elster and William J. Schroeder. The motion was considered without oral argument.

Defendant/Counterclaim Plaintiff moves the Court to consolidate two related cases pending before this Court: the above-captioned matter, Case No. 2:23-CV-00276-SAB, and Case No. 2:23-CV-00345-SAB. The Court finds good cause to grant the motion.

//
//
//
//
//
//

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant/Counterclaim Plaintiff's Motion to Consolidate, ECF No. 28, is **GRANTED**.

2. The District Court Clerk **shall** consolidate Case No. 2:23-CV-00345-SAB into Case No. 2:23-CV-00276-SAB.

3. The District Court Clerk **shall** close Case No. 2:23-CV-00345-SAB.

4. The parties shall submit all further filings in Case No. 2:23-CV-00276-SAB.

5. Defendant/Counterclaim Plaintiff shall file a consolidated complaint in Case No. 2:23-CV-00276-SAB.

6. The Motion to Dismiss in Case No. 2:23-CV-00345-SAB, ECF No. 12, **shall** be noted in Case No. 2:23-CV-00276-SAB for February 8, 2024 without oral argument.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 7th day of February 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE** # 2